JOHN G. BISHOP, Appellant, v. FREMONT RIDER and GRACE RIDER, His Wife, Respondents.— Judgment of the County Court of Rockland county affirmed, with costs, on opinion of Honorable Mortimer B. Patterson, County Judge. Young, Scudder and Davis, JJ., concur; Lazansky, P. J., and Kapper, J., dissent.

PATRICK JOSEPH CONNOLLY, Respondent, v. GERTRUDE CONNOLLY, Appellant.— Order setting aside verdict and granting a new trial on the framed issues unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

MARGARET CREMEANS, as Administratrix, etc., of JOHN W. CREMEANS, Deceased, Appellant, v. THE PENNSYLVANIA RAILROAD COMPANY, Respondent.— Judgment and order amending judgment unanimously affirmed, with costs, on authority of *Murmann* v. *N. Y., N. H. & H. R. R. Co.* (258 N. Y. 447), decided by the Court of Appeals on March 3, 1932. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

JOSEPH DEMATTEIS, Appellant, v. MCGOLRICK REALTY COMPANY, INC., and Others, Respondents, Impleaded with EDNA M. ANGLEMAN, Defendant.— Judgment reversed on the law and the facts, with costs, and judgment directed for plaintiff as prayed for in the complaint, with costs. Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and conclusions will be made in accordance herewith. In our opinion, sections 65 and 66 of the Transportation Corporations Law apply to the defendants' bus lines or routes. They are common carriers in direct competition with the plaintiff and require local consents and certificates of public convenience and necessity to entitle them lawfully to operate said bus lines. Lazansky, P. J., Young, Carswell and Tompkins, JJ., concur; Davis, J., dissents. Settle order on notice.

EASTERN NEW YORK MARBLE CO., INC., Appellant, v. JOHN LOWRY, INC., Respondent.— Judgment dismissing plaintiff's complaint upon the merits and directing judgment in favor of the respondent against the appellant in the sum of $90 costs reversed on the law and a new trial granted, costs to appellant to abide the event. In our opinion, the acceptance of the note of $5,000 at the time of the execution of defendant's Exhibit E was merely as collateral security and the note was given in consideration of an extension of time of payment by respondent, of one year, and did not release respondent from its original obligation. The question of agency and whether or not agency was disclosed were questions of fact for the jury. Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ., concur.

CHARLES GOLD, Appellant, v. THE CITY OF LONG BEACH and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.